**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 20, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00330-CR

---

### IN RE CHAD STEVEN JOHNSON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1649527**

---

## MEMORANDUM OPINION

On Monday, May 6, 2024, relator Chad Steven Johnson filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Kelli Johnson, presiding judge of the 178th District Court of Harris County, to rule on two nunc pro tunc motions.

Relator has not demonstrated he is entitled to mandamus relief. We deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher, Justices Zimmerer, and Wilson.
Do Not Publish — Tex. R. App. P. 47.2(b).